UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

**JASON J. BATES,**

                      Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Settlement Date: March 3rd, 2004
Time: .9:30 A.M.

Chapter 13
Case No. 04-22018 ASH

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE**, that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Adlai S. Hardin, Jr., United States Bankruptcy Judge, on the 3rd day of March, 2004 at 9:30 A.M., in the Judge's Chambers, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York.

**PLEASE TAKE FURTHER NOTICE ,** that objections, if any, to the proposed Order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than three days prior to the return date thereof, and unless objections are received by that time, the within order may be signed. *In the event that objections are interposed, a hearing will be held on March 23rd, 2004 at 9:45 A.M.*

Dated: White Plains, New York
       February 19th, 2004

                                           /s/ Jeffrey L. Sapir
                                          **Jeffrey L. Sapir (JLS 0938)**
                                          **Chapter 13 Trustee**
                                          **399 Knollwood Road**
                                          **White Plains, New York 10603**
                                          **Chapter 13 Tel. 914-328-6333**

**TO**:   United States Trustee
33 Whitehall Street
New York, New York 10004

Jason J. Bates
94 Round Hill Road
Armonk, New York 10504

Barton P. Levine, Esq.
Law Offices of Barton P. Levine
875 Avenue of the Americas # 205
New York, New York 10001

Washington Mutual Bank, FA
c/o Certilman Balin Adler & Hyman, LLC
90 Merrick Avenue
East Meadow, New York 11554

Washington Mutual Bank, FA
9421 Reseda Blvd. #814
Northridge, California  91324

Fleet Bank
P.O. Box 3092
Utica, New York 13504

Fleet Bank
c/o Solomon & Solomon PC
5 Columbus Circle
Albany, New York 12203

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

**JASON J. BATES,**

Chapter 13

Case No. 04-22018 ASH

Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER DISMISSING CHAPTER 13 CASE
FOR FAILURE TO COMPLY WITH COURT ORDER**

The debtor, having failed to comply with this Court's Order dated January 21st, 2004 in that the debtor failed to appear and be examined at a 341(a) meeting of creditors, failed to commence proposed plan payments to the trustee, failed to provide the required documentation, to wit, copies of income tax returns, copies of payroll stubs evidencing regular employment/operating statements, a real estate/automobile appraisal, if applicable, and a third-party affidavit of contribution, where necessary, in violation of this Court's Standing Order.

**IT IS ORDERED THAT:**

The Chapter 13 case is hereby dismissed pursuant to § 109(g) with prejudice for 180 days from the date hereof for failure to comply with this Court's Order.

Dated:  White Plains, New York
         March          , 2004

_____
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                     Chapter 13
                                     Case No. 04-22018 ASH

**JASON J. BATES,**

                                     **AFFIDAVIT OF NON-**
                                     **COMPLIANCE**
                    Debtor    **WITH COURT ORDER**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK     )
COUNTY OF WESTCHESTER )   ss.:

        Jeffrey L. Sapir, being duly sworn, deposes and says:

        1.        He is the standing Chapter 13 Trustee.

        2.        The debtor filed a Chapter 13 proceeding on January 5th, 2004.

        3.        The debtor failed to comply with the provisions of the order of this court dated January 21st, 2004, in that the debtor failed to appear and be examined at the 341(a) meeting of creditors; failed to remit timely proposed plan payments to the trustee; and failed to provide the trustee with the required documentation, to wit, copies of income tax returns, copies of payroll stubs evidencing regular employment/operating statements, and a real estate/automobile appraisals, if applicable, and a third-party affidavit of contribution, if necessary, in violation of this Court's Standing Order.

        4.        Additionally, the debtor fails to qualify under Chapter 13 of the Bankruptcy Code in view of the fact that the secured debt as listed exceeds the limitation..

        **WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case pursuant to §109(g) with prejudice for 180 days for the debtor's

failure to comply with the order of this Court, be signed.

       /s/ Jeffrey L. Sapir
**Jeffrey L. Sapir**

Sworn to before me this
19th day of February, 2004

/s/ Jody L. Kava

Jody L. Kava
Notary Public, State of New York
No. 4836806
Qualified in Westchester County
Term Expires: 10/31/05

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                                                  Chapter 13
                                                                                           Case No. 04-22018 ASH
**JASON J. BATES,**

                              Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER   )  ss.:

      Lois Rosemarie Esposito, being duly sworn, deposes and says:

      I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

      On February 19th, 2004, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**:   United States Trustee
        33 Whitehall Street
        New York, New York 10004

        Jason J. Bates
        94 Round Hill Road
        Armonk, New York 10504

        Barton P. Levine, Esq.
        Law Offices of Barton P. Levine
        875 Avenue of the Americas # 205
        New York, New York 10001

Washington Mutual Bank, FA
c/o Certilman Balin Adler & Hyman, LLC
90 Merrick Avenue
East Meadow, New York 11554

Washington Mutual Bank, FA
9421 Reseda Blvd. #814
Northridge, California  91324

Fleet Bank
P.O. Box 3092
Utica, New York 13504

Fleet Bank
c/o Solomon & Solomon PC
5 Columbus Circle
Albany, New York 12203

               /s/ Lois Rosemarie Esposito
               **Lois Rosemarie Esposito**

Sworn to before me this
19th   day of  February, 2004

 /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires:  12/31/06